St. Paul Fire & Marine Insurance Company, as Subrogee of Jack Rose and Another, Respondent, v Sensus Technologies, Inc., Appellant. [747 NYS2d 185]

The defendant failed to meet its burden of establishing its entitlement to judgment as a matter of law (*see Alvarez v Prospect Hosp.,* 68 NY2d 320; *Zuckerman v City of New York,* 49 NY2d 557; *Camacho v East Ramapo Cent. School Dist.,* 262 AD2d 263).

The defendant's remaining contentions are without merit. Ritter, J.P., Feuerstein, Adams and Rivera, JJ., concur.